

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-35,247-02

### EX PARTE ROBERT EDWARD ATWOOD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 92-12-1599-CCCR B IN THE 220TH DISTRICT COURT
### FROM COMANCHE COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to murder and was sentenced to forty years' imprisonment. Applicant did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In the instant application, Applicant alleges that he is healed of his addictions and mental instability and no longer belongs in prison, that his plea was involuntary due to the ineffective assistance of counsel, and that his application for a writ of habeas corpus does not challenge his conviction. Additionally, Applicant claims that he is being denied release to parole due to a protest

published against him on the internet.

This Court has reviewed Applicant's claim that he was denied release to parole and has determined that it is without merit.  Therefore, it is denied.  Applicant's remaining claims are barred from review; as such, they are dismissed.  Tex. Code Crim. Proc. art. 11.07 § 4.

Filed: July 27, 2022
Do not publish